ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

DEVAUGHN M. MCCOY
Plaintiff

v.      CASE NO. 1:17cv166-GHD-JMV

LEE CO. SHERIFF'S DEPARTMENT
Defendant

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: DEVAUGHN MARQUIS MCCOY
   
   B. Name under which sentenced: DEVAUGHN MCCOY
   
   C. Inmate identification number: 5061
   
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 510 N. COMMERCE St. TUPELO, MS 38804
   
   E. Place of confinement: LEE CO. ADULT JAIL

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: JIM JOHNSON
   
   Title (Superintendent, Sheriff, etc.): SHERIFF
   
   Defendant's mailing address (street or post office box number, city, state, ZIP): 510 N. COMMERCE St. TUPELO, MS 38804

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 2

Name: BRIAN HALL
Title (Superintendent, Sheriff, etc.): CAPTAIN
Defendant's mailing address (street or post office. box number, city, state, ZIP): 510 N. COMMERCE St. TUPELO, MS 38804

Name: JERRY JONES
Title (Superintendent, Sheriff, etc.): SENIOR OFFICER
Defendant's mailing address (street or post office box number, city, state, ZIP): 510 N. COMMERCE St. TUPELO, MS 38804

Name:
Title (Superintendent, Sheriff, etc.):
Defendant's mailing address (street or post office box number, city, state, ZIP):

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:
      Plaintiff(s): _____
      Defendant(s): _____
   B. Court: _____        C. Docket No.: _____
   D. Judge's Name: _____  E. Date suit filed: _____
   F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☑ Yes    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☑ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

ON 9-26-17 I FILED A INMATE COMPLAINT FORM ABOUT WHAT TOOK PLACE ON 9-25-17. THE SAME DAY I WROTE SHERIFF JIM JOHNSON PERSONALLY, STILL NO RESPONSE. I ALSO WROTE CAPTAIN BRIAN HALL ABOUT THE SAME COMPLAINT AND TOLD THEM BOTH THAT "I FEARED FOR MY LIFE" BECAUSE I DONT KNOW WHAT SENIOR OFFICER JONES WILL TRY AND DO TO ME FOR WRITING SEVERAL COMPLAINTS ON HIM.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I STILL HAVENT RECEIVED ANYTHING FROM SHERIFF JIM JOHNSON. CAPTAIN BRIAN HALL WROTE ME ON 2 COMPLAINT FORMS, "IF YOU FOLLOW RULES THEN YOU WANT HAVE ANY PROBLEMS. BUT HE STILL HAS NOT TOLD ME WHY WAS MY MAT TAKEN FOR THOSE HOURS. (COMPLAINTS ATTACHED TO NEXT PAGE.)

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: DEVAUGHN MCCOY            Date: 9-26-17

Location:   POD: A, B, C, D, (E), F, G, other _____

DETAILS OF COMPLAINT: Well on 9-25-17 at approx 6:30 P.M. I inmate McCoy was placed on lockdown because Sen. Ofc. Jones said my cell door was open the whole time he was in the tower. At approx 9:30 P.M. on 9-25-17 "live-check" was being taken in place. Ofc. Jones came to my cell door E-07 and told me to give him my mat, sheet, and my blanket, because I did not get up and stand beside my door for live-check. At approx 10:30 P.M. everything was being shut-down; power, T.V., phones, and lights. Ofc. Jones did not bring me my mat. At approx 5:00 A.M. on 9-26-17 Ofc. Jones attempted _____

Turned over to: _____        Date: _____
            (Name of Corrections Officer)
Inmates signature: _D____ M_____           Date: 9-26-17

Received by Shift Sergeant: Cpt. Hall        Date action taken: 9-28-17

Disposition: You are suppose to get up for live check. Doesn't matter if on lockdown. Officers tried giving you your matt back but you said fuck it I don't want it. You have numerous write ups for fail to obey and disrespect of officers. Officer Jones is not only officer that has problem with you. Follow rules and you won't be having problem.

Signature of Shift Sergeant: Cpt. Hall        Date: 9-28-17

(Complaint will not be answered unless all copies are turned in)

9-26-17

Greetings Mr. Brian Hall;

This is inmate Devaughn M. McCoy. Well at approx. 6:30 p.m. on 9-25-17, I inmate McCoy was placed on lockdown because SEN. OFC. Jones stated that my cell door was open for the whole time he had been in the tower.

At 9:30 p.m. on 9-25-17 SEN. OFC. Jones & OFC. Posey was conducting their "live-check." By the time SEN. OFC. Jones & OFC. Posey made it to my cell, my door was closed, because me and my roommate (COPE) thought that we where to stay in our cell. Well we were wrong, because when the two officers made it to my door, they woke me up and took my mat, sheet, and blanket. I was asked whats the reason and I was told because I didn't stand beside my door when they were conducting their "live-check."

O.K. SEN. OFC. Jones and OFC. Posey came to E-Pod and walked-thru several times and never brought my mat back to me. I woke up out of my sleep several times to press the "panic-button" but no-one came to see what I wanted. I am in fear of my life because...

I don't know what SEN. OFC. JONES will try and do to me in "retaliation" of me writing this to you.

INMATE: DEVAUGHN M. MCCOY

Barbara Freeman

Oct 5, 2017

I answered this on a formal complaint form.

Capt. Hale
9-28-17

Captain Brian Hall, 9.27.17

On 9-26-17 I spoke with you about Senior Ofc. Jones taking my mat, sheet, & blanket, on 9-25-17. Later that night he comes to work and creates a hostile condition for me because I wrote a complaint form about the situation. So I felt compel to write you again. I'm concerned for my saftey, he's telling other inmates what I've spoken about on my complaint form, and abusing his authority to agonize me by trying to turn inmates against me to create a hostile situation so I can end up back in lock-down. This is unscrupulous behavior on his behalf. Please check into this. Sen. Ofc. Jones was also asking me how's my neck & back doing, making a joke out of my pain & suffering. Thank you...

Inmate: De'Vaughn McCoy

Barbara Freeman
Oct 5, 2017

I have spoke with Senior Officer Jones. Follow rules and you will have no problems.

Capt. Hall

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: DEVAUGHN McCOY          Date: 9-27-17

Location: POD: A, B, C, D, (E), F, G, other _____

DETAILS OF COMPLAINT: ON 9-26-17 SEN.OFC. JONES COMES BACK IN TELLING OTHER INMATES WHAT I'VE SPOKEN ABOUT ON MY COMPLAINT FORM, AND ABUSING HIS AUTHORITY TO AGONIZE ME BY TRYING TO TURN INMATES AGAINST ME TO CREATE A HOSTILE SITUATION SO I CAN END UP BACK IN LOCKDOWN. THIS IS UNSCRUPULOUS BEHAVIOR ON HIS BEHALF.

Turned over to: S.___          Date: 9-27-17
(Name of Corrections Officer)

Inmates signature: [signed]          Date: 9-27-17

Received by Shift Sergeant: Cpt. Hall          Date action taken: 9-28-17

Disposition: Follow rules and you will have no problems.

Signature of Shift Sergeant: Cpt Hall          Date: 9-28-17

(Complaint will not be answered unless all copies are turned in)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   _____
   _____
   _____
   _____
   _____

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   On 9·25·17, I Devaughn M. McCoy, was made to sleep on a top-bunk with no mattress, sheet, or blanket which Senior Officer Jerry Jones & Officer Posey took from me at approx. 9:30 P.M. until 3 something the next morning.
   Due to this Senior Officer Jones & Officer Posey's conduct I suffered from cruel & unusual punishment. Because of me sleeping on an empty-bunk, I had to seek medical attention for my neck and my back.
   On 9·26·17 I spoke with Captain Brian Hall about my situation, he told me to let him check into it. Later that night Senior Officer Jones comes back to work telling other inmates about what I wrote to the Captain, making my living conditions uncomfortable. Senior Officer Jones was also making a joke out of my situation, asking me how's my neck and my back. I wrote Sheriff Jim Johnson still no response.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 5

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I WANT COMPENSATION FOR CRUEL & UNUSUAL PUNISHMENT AND UNSCRUPULOUS BEHAVIOR FROM SENIOR OFFICER JONES AND DURALATION OF DUTY. I AM REQUESTING $30,000 FOR MEDICAL BILLS, PAIN AND SUFFERING AND THE HOSTILE CONDITIONS I WAS SUBJECTED TO. IT TOOK A TOLL ON ME MENTALLY AND PHYSICALLY, SENIOR OFFICER JONES ABUSED HIS AUTHORITY.

This Complaint was executed at (location): LEE CO. ADULT JAIL

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 10·2·17

Plaintiff's Signature

LEGAL MAIL

DeVaughn McCoy
510 North Commerce Street
Tupelo, MS 38804

RECEIVED
OCT 11 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

C1

Pro Se Law Clerk's Office
United States District Court
Northern District of Mississippi
Post Office Box 704
Aberdeen, MS 39730

INMATE MAIL
LEE COUNTY SHERIFF'S DEPARTMENT
TUPELO, MS

LEGAL MAIL

X-R